**Thomas E. SMITH, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7414.

United States Court of Appeals, Federal Circuit.

Oct. 18, 2004.

### ORDER

Pursuant to the Court's letter dated September 23, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**ZOLTAR SATELLITE ALARM SYSTEMS, INC., Plaintiff–Appellant,**

v.

**SNAPTRACK, INC. and Qualcomm, Inc., Defendants–Cross Appellants.**

No. 04–1577.

United States Court of Appeals, Federal Circuit.

Oct. 18, 2004.

### ORDER

Order Vacated, See 118 Fed.Appx. 501.

The cross-appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of cross-appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.